## (December 8, 1975)

■ In the Matter of ARTHUR C. FINK, Petitioner, v NEW YORK STATE TAX COMMISSION, Respondent.—Motion granted, without costs and the decretal paragraph of the decision dated August 2, 1973 [42 AD2d 298] amended to read as follows: "The determination should be annulled, and the petition granted with interest from November 10, 1961, with costs." Order dated October 10, 1973 amended accordingly. Herlihy, P. J., Sweeney, Kane, Larkin and Reynolds, JJ., concur.